## BLAKEMAN v. THE STATE.

EVANS, J.  This case is controlled by the decision of this court announced in *Baker* v. *Johnson*, 99 *Ga.* 374, and followed in the later cases of *Mize* v. *Americus Mfg. Co.*, 106 *Ga.* 140, *Holloman* v. *Small*, 111 *Ga.* 812, *Brooks* v, *Procter*, *Id.* 835, and *Hyatt* v. *Cowan*, 118 *Ga.* 608.

*Judgment affirmed.  All the Justices concur.*

Argued November 21, — Decided December 9, 1904.

Motion for new trial.  Before Judge Henry.  Floyd superior court.  September 1, 1904.

*Henry Walker*, for plaintiff in error.
*Moses Wright, solicitor-general*, contra.